# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Curtis Shuler ,

        Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:10CV254

Richard Neely, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 15, 2010 Order.

                          Signed: June 15, 2010

                          *[signature: Frank G. Johns]*

                          Frank G. Johns, Clerk
                          United States District Court